1 THOMAS M. REGAN
(BAR NO. 113800)
2 tregan@cozen.com
COZEN O'CONNOR
3 501 West Broadway, Suite 1610
San Diego, California 92101
4 Telephone:   (619) 234-1700
Facsimile     (619) 234-7831
5
Proposed Attorneys for Plaintiff,
6 WESTERN INSURANCE COMPANY

7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9
SAN FRANCISCO DIVISION
10

| | |
|---|---|
| WESTERN INSURANCE COMPANY, A Utah corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>GEO GROUT, INC., a California corporation; KENNETH A. THOLIN, an individual; PATRICIA A. THOLIN, an individual; ENRIQUE QUILES, an individual; ELIZABETH QUILES, an individual; R&K ASSOCIATES LLC, a California corporation; THE THOLIN REVOKABLE TRUST; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. CV 11 5578<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY;** [PROPOSED] **ORDER** |

Plaintiff, Western Insurance Company, hereby requests that the Court approve the substitution of Thomas M. Regan (State Bar No. 113800), of Cozen O'Connor, 501 West Broadway, Suite 1610, California 92101, telephone (619) 234-1700, facsimile (609) 234-7831, tregan@cozen.com, as its attorneys of record in place and stead of Willi H. Siepmann (State Bar No. 102224) of The Faux Law Group, 1540 West Warm Springs

SAN_DIEGO\513541\1 225528.000                                     -1-                    REQUEST FOR APPROVAL OF SUBSTITUTION
                                                                                                         OF ATTORNEY; [PROPOSED] ORDER

1 | Road, Suite 100, Henderson, Nevada. Proposed counsel is admitted to practice before this
2 | Court.

3 |     Plaintiff, Western Insurance Company, hereby consents to the above substitution.

5 | Dated: January 31, 2012

6 |     WESTERN INSURANCE COMPANY

8 | By /s/ *[signature]*

10 | I consent to the above substitution.

11 | Dated: January 31, 2012

12 |     THE FAUX LAW GROUP

14 | By /s/ Willi Siepmann
15 |     WILLI H. SIEPMANN

16 |     Current Attorneys for Plaintiff,
17 |     WESTERN INSURANCE COMPANY

18 | I accept the substitution and confirm that I am admitted to practice law in the State
19 | of California and before this Court pursuant to Civil Local Rule 11-1.

20 | Dated: January 31, 2012

21 |     COZEN O'CONNOR

23 | By /s/ *[signature]*
24 |     THOMAS M. REGAN

25 |     Proposed Attorneys for Plaintiff,
26 |     WESTERN INSURANCE COMPANY

## [PROPOSED] ORDER

Good cause appearing, the Court orders that the request of Plaintiff, Western Insurance Company, to substitute Thomas M. Regan (State Bar No. 113800), of Cozen O'Connor, 501 West Broadway, Suite 1610, California 92101, telephone (619) 234-1700, facsimile (609) 234-7831, tregan@cozen.com, as its attorney of record in place and stead of Willi H. Siepmann (State Bar No. 102224) of The Faux Law Group is hereby:

GRANTED.

Dated: February 24, 2012        By: _____
                                     HONORABLE MARIA-ELENA JAMES
                                     Chief Magistrate Judge
                                     United States District Court