THOMAS M. REGAN
(BAR NO. 113800)
tregan@cozen.com
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone:   (619) 234-1700
Facsimile     (619) 234-7831

Proposed Attorneys for Plaintiff,
WESTERN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN INSURANCE COMPANY, A Utah corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GEO GROUT, INC., a California corporation; KENNETH A. THOLIN, an individual; PATRICIA A. THOLIN, an individual; ENRIQUE QUILES, an individual; ELIZABETH QUILES, an individual; R&K ASSOCIATES LLC, a California corporation; THE THOLIN REVOKABLE TRUST; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. CV 11 5578<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY;** [PROPOSED] **ORDER** |

　　　　Plaintiff, Western Insurance Company, hereby requests that the Court approve the substitution of Thomas M. Regan (State Bar No. 113800), of Cozen O'Connor, 501 West Broadway, Suite 1610, California 92101, telephone (619) 234-1700, facsimile (609) 234-7831, tregan@cozen.com, as its attorneys of record in place and stead of Willi H. Siepmann (State Bar No. 102224) of The Faux Law Group, 1540 West Warm Springs

SAN_DIEGO\513541\1 225528.000            -1-            REQUEST FOR APPROVAL OF SUBSTITUTION
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　OF ATTORNEY; [PROPOSED] ORDER

Road, Suite 100, Henderson, Nevada. Proposed counsel is admitted to practice before this Court.

Plaintiff, Western Insurance Company, hereby consents to the above substitution.

Dated: January 31, 2012

WESTERN INSURANCE COMPANY

By _____

I consent to the above substitution.

Dated: January 31, 2012

THE FAUX LAW GROUP

By _____
WILLI H. SIEPMANN

Current Attorneys for Plaintiff,
WESTERN INSURANCE COMPANY

I accept the substitution and confirm that I am admitted to practice law in the State of California and before this Court pursuant to Civil Local Rule 11-1.

Dated: January 31, 2012

COZEN O'CONNOR

By _____
THOMAS M. REGAN

Proposed Attorneys for Plaintiff,
WESTERN INSURANCE COMPANY

-2-

SAN_DIEGO\513541\1 225528.000

REQUEST FOR APPROVAL OF SUBSTITUTION
OF ATTORNEY; [PROPOSED] ORDER

## [PROPOSED] ORDER

1
2  Good cause appearing, the Court orders that the request of Plaintiff, Western Insurance
3  Company, to substitute Thomas M. Regan (State Bar No. 113800), of Cozen O'Connor,
4  501 West Broadway, Suite 1610, California 92101, telephone (619) 234-1700, facsimile
5  (609) 234-7831, tregan@cozen.com, as its attorney of record in place and stead of Willi H.
6  Siepmann (State Bar No. 102224) of The Faux Law Group is hereby:
7      GRANTED.
8  Dated: February 24, 2012        By: _____
                                        HONORABLE MARIA-ELENA JAMES
9                                       Chief Magistrate Judge
                                        United States District Court
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
SAN_DIEGO\513541\1  225528.000

-3-

REQUEST FOR APPROVAL OF SUBSTITUTION
OF ATTORNEY; [PROPOSED] ORDER