THOMAS M. REGAN
(BAR NO. 113800)
tregan@cozen.com
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone:    (619) 234-1700
Facsimile:    (619) 234-7831

Attorneys for Plaintiff,
WESTERN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN INSURANCE COMPANY, A Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>GEO GROUT, INC., a California corporation; KENNETH A. THOLIN, an individual; PATRICIA A. THOLIN, an individual; ENRIQUE QUILES, an individual; ELIZABETH QUILES, an individual; R&K ASSOCIATES LLC, a California corporation; THE THOLIN REVOKABLE TRUST; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:11-CV-05578 MEJ<br><br>**PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER** |

Plaintiff, Western Insurance Company, a Utah corporation, by and through its counsel of record, Thomas M. Regan, hereby requests that the Court continue the Initial Case Management Conference, scheduled for March 1, 2012, and the corresponding ADR Deadlines, for approximately 120 days for the following reasons:

1.  Counsel for Plaintiff, Western Insurance Company, Thomas M. Regan, recently substituted into the matter. His Request for Approval of Substitution of Attorney and Order thereon was granted by the Court on February 24, 2012;

2.  The parties need to meet and confer to discuss initial disclosures, early settlement, ADR process selection and a discovery plan;

3.  The parties need to prepare and complete initial disclosures pursuant to Rule 26(f) and file a joint case management statement with the Court.

On February 24, 2012, counsel for Plaintiff received a call from the Court's clerk asking when the parties intended to file their joint case management statement. Counsel for Plaintiff advised that he was not aware of the March 1, 2012 Case Management Conference and had not prepared nor met with counsel for the Defendants, Mark J. Rice. The Court Clerk suggested that Plaintiff request a continuance of the Case Management Conference in light of the above facts.

On February 24, 2012, Plaintiff's counsel attempted to contact Defendants' counsel and was advised that Mr. Rice was not in the office.

Plaintiff respectfully requests that the Court continue the Case Management Conference and ADR Deadlines for approximately 120 days.

Respectfully submitted,

Dated: 2-24-2012

COZEN O'CONNOR

By _____
THOMAS M. REGAN

Attorneys for Plaintiff,
WESTERN INSURANCE COMPANY

SAN_DIEGO\513541\1 225528.000

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER

[PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES

Good cause appearing,

IT IS HEREBY ORDERED that:

1. The Initial Case Management Conference (CMC) shall be continued to __July 12, 2012__, 2012, beginning at __10:00 a.m.__ in Courtroom B, 15th Floor, San Francisco.

2. _____ is the last day to:
   - meet and confer regarding initial disclosures, early settlement ADR process selection, and discovery plan;
   - file ADR Certification signed by Parties and Counsel;
   - file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

3. __July 5, 2012__ is the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Standing Order re Contents of Joint Case Management Statement.

All deadlines are adjusted accordingly.

Dated: __February 27, 2012__   By: _____
HONORABLE MARIA-ELENA JAMES
Chief Magistrate Judge
United States District Court