RECEIVED
2012 APR 26 P 4: 17
D. W. WIEKING
U.S. DISTRICT COURT
N.D. CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTERN INSURANCE COMPANY, a Nevada corporation,

    Plaintiff,

v.

GEO GROUT, INC., a California corporation; et al.

    Defendant.

CASE NO. 3:11-CV-5578 MEJ

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Scott M. Lilja, whose business address and telephone number is VAN COTT BAGLEY CORNWALL & MCCARTHY, 50 South Main Street, Suite 1600, Salt Lake City, Utah 84144, Telephone: 801.532.3333

and who is an active member in good standing of the bar of the State of Utah having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 3, 2012



Judge Maria-Elena James