1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

WESTERN INSURANCE COMPANY,                    No. C 11-5578 MEJ

                  Plaintiff,                    **ORDER RE: STATUS**

    v.

GEO GROUT, INC, et al.,

              Defendants.

_____/

      This matter is currently scheduled for a Case Management Conference on July 12, 2012. However, as no joint statement has been filed, the Court VACATES the July 12 conference and ORDERS the parties to file a status report by July 19, 2012.

      **IT IS SO ORDERED.**

Dated: July 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge