UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WESTERN INSURANCE COMPANY, | No. C 11-5578 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| GEO GROUT, INC, et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on July 12, 2012. However, as no joint statement has been filed, the Court VACATES the July 12 conference and ORDERS the parties to file a status report by July 19, 2012.

**IT IS SO ORDERED.**

Dated: July 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge