UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WESTERN INSURANCE COMPANY, | No. C 11-5578 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| GEO GROUT, INC, et al., | |
| Defendants. | |
| _____/ | |

Having reviewed the parties' July 9, 2012 Case Management Statement, the Court ORDERS the parties to file an updated status report by August 16, 2012.

**IT IS SO ORDERED.**

Dated: July 11, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge