UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WESTERN INSURANCE COMPANY, | No. C 11-5578 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| GEO GROUT, INC, et al., | |
| Defendants. | |
| _____/ | |

On September 18, 2012, the parties in this case filed a Joint Case Management Statement. As the parties anticipate a stay of this action pending resolution of Defendant Geo Grout's pending collection suits, the Court finds no need to scheduled a case management conference at this time. However, until the parties file a stipulated request to stay or a request to place the matter back on calendar, they shall file an updated status report every 60 days.

**IT IS SO ORDERED.**

Dated: September 21, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge