1
2
3
4 UNITED STATES DISTRICT COURT
5 Northern District of California
6
7 WESTERN INSURANCE COMPANY,     No. C 11-5578 MEJ
8            Plaintiff,     **ORDER RE: STATUS**
    v.
9
GEO GROUT, INC, et al.,
10
           Defendants.
11 _____/
12
13     The parties shall file a joint case status report by March 4, 2013.
14     **IT IS SO ORDERED.**
15
16 Dated: February 11, 2013
17                                            Maria-Elena James
                                           Chief United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California