UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| WESTERN INSURANCE COMPANY, | No. C 11-5578 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| GEO GROUT, INC, et al., | |
| Defendants. | |

The parties shall file a joint case status report by March 4, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California