THOMAS M. REGAN (SBN 113800)
tregan@cozen.com
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, California 92101
Telephone:   (619) 234-1700
Facsimile:   (619) 234-7831

Attorneys for Plaintiff,
WESTERN INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTERN INSURANCE COMPANY, A Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>GEO GROUT, INC., a California corporation; KENNETH A. THOLIN, an individual; PATRICIA A. THOLIN, an individual; ENRIQUE QUILES, an individual; ELIZABETH QUILES, an individual; R&K ASSOCIATES LLC, a California corporation; THE THOLIN REVOKABLE TRUST; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:11-CV-05578 MEJ<br><br>**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Maria Elena James |

Plaintiff Western Insurance Company, a Utah corporation, and Defendants GeoGrout, Inc., Kenneth A. Tholin, Patricia A. Tholin, Enrique Quiles, Elizabeth Quiles, R&L Associates, LLC and The Tholin Revocable Trust, by and through counsel, hereby stipulate and move the Court for an Order dismissing all claims that the parties have asserted against one another in this action. The basis for this Motion is that the parties have come to an agreement which includes the dismissal of the action. It is further agreed the parties are to bear to their own attorneys' fees and costs.

SAN_DIEGO\513541\1 225528.000                                 -1-

Stipulated Motion for Dismissal With Prejudice

|   |   |
|---|---|
| 1 | A proposed Order is filed herewith. |
| 2 | Respectfully submitted, |

Dated: October 16th, 2013

COZEN O'CONNOR

By: _____
Thomas M. Regan
Attorneys for Plaintiff Western Insurance Company

Dated: October 16, 2013

McNEIL SILVEIRA RICE & WILEY

By: _____
Mark J. Rice
Attorneys for Defendants GeoGrout, Inc., Kenneth A. Tholin, Patricia A. Tholin, Enrique Quiles, Elizabeth Quiles, R&L Associates, LLC and The Tholin Revocable Trust

### [PROPOSED] ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that:

This matter comes before the Court on a Stipulated Motion to Dismiss. Based on the pleadings on file with the Court, and for good cause appearing, the Court hereby Orders, Adjudges and Decrees that the above matter is dismissed, with prejudice, with the parties bearing their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 10/21/2013   By: _____
HONORABLE MARIA-ELENA JAMES
Chief Magistrate Judge
United States District Court

LEGAL\17394870\1 15442.0001.000/317696.000